**The People of the State of Illinois, defendant in error, v. George Overholt, plaintiff in error. Gen. No. 25,348.**

Conviction on charge of contributing to the delinquency of a child. Error to the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed October 6, 1920.

James F. Fardy, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

**International Grand Lodge, Brotherhood of Railroad Patrolmen et al., appellees, v. Charles E. Copeland et al., appellants. Gen. No. 26,247.**

Bill for an accounting and an injunction restraining the president of complainant association from acting as such. Decree for complainants. Interlocutory appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court. Affirmed. Opinion filed October 6, 1920.

Cruice & Langille, for appellants; Daniel L. Cruice, of counsel. Earl J. Walker, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Heyworth Graham Company, appellant, v. William L. Lewis, appellee. Gen. No. 25,197.**

Action on a promissory note. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed October 6, 1920.

Pines & Newmann, for appellant; Alvin E. Stein, of counsel. Schaffner & Friend, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**John F. Plonczynski, by John Plonczynski, appellee, v. Consumers Company, appellant. Gen. No. 25,200.**

Action to recover damages for injuries sustained on being knocked down by a team. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed October 6, 1920.

McKinley & Schmauch, for appellant; W. W. Schmauch, of counsel. F. W. Jaros and Francis J. Woolley, for appellee.

Mr. Justice Thomson delivered the opinion of the court.